IN THE
UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

TRUSTEES CHICAGO REGIONAL COUNCIL )
of CARPENTERS PENSION FUND, et al. )
                      Plaintiffs )    No. 14-CV-0202
                                             )
                 vs. )
                                             )
CUSTOM CUT WOODWORK, INC., )
                      Defendant )

**JOINT MOTION FOR ENTRY OF JUDGMENT**

     NOW COME THE PARTIES, by and through their attorneys, and for this Joint Motion, state as follows:

     1. The court has jurisdiction over this litigation pursuant to 29 U.S.C. §§1132 and 185 or Sections 502(e), 502(f), and 4301(c), of ERISA [29 U.S.C. § 1132(e), 1132(f), 1451(c)]. This action arises under the laws of the United States and is brought pursuant to the Employee Retirement Income Security Act of 1974, as amended by the Multiemployer Pension Plan Amendments Act of 1980, 29 U.S.C. § 1001, et seq. (1982). Jurisdiction is based upon the existence of questions arising thereunder.

     2. One June 2, 2014 the parties entered into a settlement agreement and wish to avoid further litigation by entering into an Agreed Judgment or Consent Decree.

     3. Approval of the Decree shall be deemed to occur on the date the Court enters the Decree.

     4. The parties will stipulate on the record such facts as the court may require.

     WHEREFORE, the Parties pray for entry of an Agreed Judgment in favor of Plaintiffs and for such other and further relief as the court deems just and equitable.

                                                   TRUSTEES CHICAGO REGIONAL COUNCIL
                                                   of CARPENTERS PENSION FUND, et al
                                                   Plaintiffs
                                                         s/Travis J. Ketterman
                                                 By: _____
                                                 Travis Ketterman, their attorney

CUSTOM CUT WOODWORK, INC.
Defendant

By:    /s/ Kenneth C. Goetz

Kenneth C. Goetz, attorney
#6201229
3N 564 Willow Road
Elmhurst IL  60126
847-892-4838